JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICA L. STOECKER, ) | Case No. CV 13-8892-KK |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the Court's Memorandum and Order filed contemporaneously with the filing of this Judgment.

Dated:  October 2, 2014

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge