Rebecca C. Padilla (CSBN: 248605)
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com


Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DERICA L. STOECKER, | )  Case No.: CV 13-8892 KK |
| | ) |
| Plaintiff, | )  [PROPOSED] ORDER AWARDING |
| | )  EQUAL ACCESS TO JUSTICE |
| vs. | )  ACT ATTORNEY FEES |
| | )  PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of

$4,000.00 for fees, as authorized by 28 U.S.C. § 2412(d),  subject to the terms of

the above-referenced Stipulation.

Date:   December 2, 2014      _____

THE HONORABLE KENLY KIYA KATO

UNITED STATES MAGISTRATE JUDGE

-1-